UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HRSA-ILA FUNDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADIDAS AG., KASPER RØRSTED, and HARM OHLMEYER,<br><br>Defendants. | Case No. 3:23-cv-00629-IM<br><br>**JUDGMENT** |

**IMMERGUT, J.,**

Based on the Court's Opinion and Order Granting Defendants adidas AG's and Harm Ohlmeyer's Motions to Dismiss [ECF 45], it is ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.

DATED this _____ day of September, 2024

_____
KAREN J. IMMERGUT
United States District Judge