UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **HRSA-ILA FUNDS**, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>**ADIDAS AG., KASPER RØRSTED**, and **HARM OHLMEYER**,<br><br>               Defendants. | Case No. 3:23-cv-00629-IM<br><br>**JUDGMENT** |

**IMMERGUT, District Judge.**

Based on the Court's Opinion and Order Granting Defendants adidas AG's and Harm Ohlmeyer's Motions to Dismiss [ECF 45], it is ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.

DATED this 24th day of September, 2024

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

Page 1 -   JUDGMENT