UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HRSA-ILA FUNDS, Individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

ADIDAS AG and HARM OHLMEYER,

Defendants - Appellees,

and

KASPER RORSTED,

Defendant.

No. 24-6655

D.C. No.
3:23-cv-00629-IM

District of Oregon,
Portland

MANDATE

The judgment of this Court, entered December 03, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT